ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ALEJANDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-cr-00244-AWI |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND MOTION FILING DATES AND CONTINUE MOTION HEARING** |
| ALEJANDRO HERNANDEZ, | |
| Defendant. | |

The parties hereto, by and through their respective attorneys, stipulate and agree that the briefing schedule, under which any motions to be filed on behalf of Mr. Aguilar-Hernandez are due on May 7, 2012, be extended as follows: Any defense motions are to be filed on or before June 11, 2012. Any government opposition will be filed by July 2, 2012.

The hearing date currently calendared for June 4, 2012 is continued to July 16, 2012 at 10:00 a.m. before the Hon. Anthony W. Ishii.

This continuance is necessary to afford the parties sufficient time to conclude ongoing settlement negotiations. Successful conclusion of said negotiations would eliminate the need for the filing of pretrial motions.

///
///
///
///

1

The parties also agree that time is excluded and any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: May 4, 2012          /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney
**This was agreed to by Ms. Servatius via email on May 2, 2012**

DATED: May 4, 2011          /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
ALEJANDRO HERNANDEZ

**ORDER**

IT IS SO ORDERED.

Dated: May 4, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE