ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, ALEJANDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO HERNANDEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 1:10-cr-00244-AWI <br><br> **STIPULATION AND ORDER TO EXTEND MOTION FILING DATES AND CONTINUE MOTION HEARING** |

The parties hereto, by and through their respective attorneys, stipulate and agree that the briefing schedule, under which any motions to be filed on behalf of Mr. Aguilar-Hernandez are due on June 11, 2012, be extended as follows: Any defense motions are to be filed on or before July 16, 2012. Any government opposition will be filed by August 13, 2012.

The hearing date currently calendared for July 16, 2012, is continued to August 20, 2012 at 10:00 a.m. before the Hon. Anthony W. Ishii.

This continuance is necessary to afford the parties sufficient time to conclude ongoing settlement negotiations. Successful conclusion of said negotiations would eliminate the need for the filing of pretrial motions.

///
///
///

1

///

The parties also agree that time is excluded and any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: June 12, 2012  /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney
**This was agreed to by Ms. Servatius in person on June 11, 2012**

DATED: June 12, 2012  /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
ALEJANDRO HERNANDEZ

ORDER

IT IS SO ORDERED.

Dated: June 12, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE